Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–16905–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Portia D. Davis
   557 Royden St.
   Camden, NJ 08103

Social Security No.:
   xxx–xx–5293

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          June 22, 2021
Time:          10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*50* – Certification in Opposition to Certification of Default (related document:49 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust. Objection deadline is 06/7/2021. (Attachments: # 1 Certification of Post Consent Order Pay History # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust) filed by Thomas G. Egner on behalf of Portia D. Davis. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.

Dated: May 28, 2021
JAN: kaj

                                       Jeanne Naughton
                                       Clerk