Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Adam Thursby (318465)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorneys for Secured Creditor,
U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY– CAMDEN DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Portia D. Davis, | BK Case No.: 19-16905-ABA |
| Debtor. | WITHDRAWAL NOTICE OF MORTGAGE PAYMENT CHANGE FILED JUNE 8TH 2021. |

U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust, hereby withdraws its Notice of Mortgage Payment Change regarding the Real Property Located at 557 Royden St., Camden, NJ 08103  –Filed June 8th, 2021.

Dated: June 11, 2021                    /s/Michelle Ghidotti-Gonsalves
                                       U.S. Bank Trust National Association as Trustee of
                                       the Igloo Series IV Trust

## CERTIFICATE OF SERVICE

On June 11, 2021, I served the foregoing documents described as Withdrawal of Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Thomas G. Egner
tegner@mcdowelllegal.com

CHAPTER 13 Trustee
Isabel C. Balboa
ecfmail@standingtrustee.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On June 11, 2021, I served the foregoing documents described as Withdrawal of Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Portia D. Davis
557 Royden St.
Camden, NJ 08103

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice