UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for SN Servicing Corporation as servicer
U.S. Bank Trust National Association, as Trustee of
the Igloo Series IV Trust

In Re:

Portia D. Davis

Case No.: 19-16905-ABA

Chapter: 13

Hearing Date: June 22, 2021

Judge: Andrew B. Altenburg, Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Creditor's Certification of Default filed on May 24, 2021 at Docket # 49

Date: 06/21/2021

/s/Jonathan Schwalb
Signature

*rev.8/1/15*