Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-16905 (ABA)**

Portia D. Davis  
557 Royden Street  
Camden, NJ  08103

Monthly Payment: $13,533.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/22/2021 | $450.00 | 02/22/2021 | $450.00 | 03/22/2021 | $450.00 | 05/28/2021 | $900.00 |
| 06/02/2021 | $900.00 | 06/02/2021 | $-900.00 | 06/29/2021 | $450.00 | 08/09/2021 | $450.00 |
| 08/31/2021 | $320.00 | 09/15/2021 | $320.00 | 09/28/2021 | $320.00 | 10/14/2021 | $320.00 |
| 10/26/2021 | $320.00 | 11/09/2021 | $320.00 | 11/23/2021 | $320.00 | 12/16/2021 | $320.00 |
| 12/21/2021 | $320.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PORTIA D. DAVIS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,212.00 | $4,212.00 | $0.00 | $1,788.37 |
| 0 | MC DOWELL LAW, PC | 13 | $400.00 | $400.00 | $0.00 | $265.15 |
| 0 | MC DOWELL LAW, PC | 13 | $935.00 | $935.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $500.00 | $0.00 | $500.00 | $0.00 |
| 1 | CITY OF CAMDEN WATER & SEWER | 24 | $989.61 | $48.41 | $941.20 | $0.00 |
| 2 | CAMDEN COUNTY MUA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $750.44 | $0.00 | $750.44 | $0.00 |
| 4 | CAPITAL ONE AUTO FINANCE | 24 | $14,980.00 | $2,495.93 | $12,484.07 | $626.94 |
| 5 | CITY OF CAMDEN | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | COMENITYBANK/NEW YORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CREDENCE RESOURCE MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $38.19 | $0.00 | $38.19 | $0.00 |
| 9 | ERC/ENHANCED RECOVERY CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SN SERVICING CORPORATION | 24 | $21,778.58 | $3,163.26 | $18,615.32 | $934.84 |
| 13 | FRIEDMAN VARTOLO LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | GLOBAL LENDING SERVICES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | I C SYSTEM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | QUALITY ASSET RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | CAMDEN COUNTY MUA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | VERIZON BY AMERICAN INFOSOURCE | 33 | $1,004.55 | $0.00 | $1,004.55 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | CAPITAL ONE BANK USA, N.A. | 33 | $307.36 | $0.00 | $307.36 | $0.00 |
| 26 | CAPITAL ONE AUTO FINANCE | 33 | $2,312.73 | $0.00 | $2,312.73 | $0.00 |
| 27 | WILMINGTON SAVINGS FUND SOCIETY, FSB | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 28 | SN SERVICING CORPORATION | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 31.00 | $0.00 |
| 12/01/2021 | Paid to Date | $13,533.00 |
| 01/01/2022 | 52.00 | $708.00 |
| 05/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,030.00 |
| Total paid to creditors this period: | $4,146.30 |
| Undistributed Funds on Hand: | $879.36 |
| Arrearages: | ($640.00) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**