Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-16905 (ABA)

Portia D. Davis  
557 Royden Street  
Camden, NJ  08103

Monthly Payment: $708.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2023 | $327.00 | 01/17/2023 | $327.00 | 01/31/2023 | $327.00 | 02/13/2023 | $327.00 |
| 02/28/2023 | $327.00 | 03/13/2023 | $327.00 | 03/27/2023 | $327.00 | 04/10/2023 | $327.00 |
| 04/21/2023 | $327.00 | 05/08/2023 | $327.00 | 05/23/2023 | $327.00 | 06/05/2023 | $327.00 |
| 06/21/2023 | $327.00 | 07/05/2023 | $327.00 | 07/17/2023 | $327.00 | 07/31/2023 | $327.00 |
| 08/14/2023 | $327.00 | 08/25/2023 | $327.00 | 09/12/2023 | $327.00 | 09/26/2023 | $327.00 |
| 10/10/2023 | $327.00 | 10/23/2023 | $327.00 | 11/06/2023 | $327.00 | 12/01/2023 | $327.00 |
| 12/04/2023 | $327.00 | 12/18/2023 | $327.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PORTIA D. DAVIS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,212.00 | $4,212.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $935.00 | $935.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $500.00 | $500.00 | $0.00 | $0.00 |
| 1 | CITY OF CAMDEN WATER & SEWER | 24 | $989.61 | $496.66 | $492.95 | $225.99 |
| 2 | CAMDEN COUNTY MUA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $750.44 | $0.00 | $750.44 | $0.00 |
| 4 | CAPITAL ONE AUTO FINANCE | 24 | $14,980.00 | $8,440.90 | $6,539.10 | $2,997.23 |
| 5 | CITY OF CAMDEN TAX COLLECTOR | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | COMENITYBANK/NEW YORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CREDENCE RESOURCE MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $38.19 | $0.00 | $38.19 | $0.00 |
| 9 | ERC/ENHANCED RECOVERY CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SN SERVICING CORPORATION | 24 | $21,778.58 | $12,027.94 | $9,750.64 | $4,469.20 |
| 13 | FRIEDMAN VARTOLO LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | GLOBAL LENDING SERVICES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | I C SYSTEM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | CAMDEN COUNTY MUA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 20 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | VERIZON BY AMERICAN INFOSOURCE | 33 | $1,004.55 | $0.00 | $1,004.55 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | CAPITAL ONE, N.A. | 33 | $307.36 | $0.00 | $307.36 | $0.00 |
| 26 | CAPITAL ONE AUTO FINANCE | 33 | $2,312.73 | $0.00 | $2,312.73 | $0.00 |
| 27 | WILMINGTON SAVINGS FUND SOCIETY, FSB | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 28 | SN SERVICING CORPORATION | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 31.00 | $0.00 |
| 12/01/2021 | Paid to Date | $13,533.00 |
| 01/01/2022 | 52.00 | $708.00 |
| 05/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,502.00 |
| Total paid to creditors this period: | $7,692.42 |
| Undistributed Funds on Hand: | $591.22 |
| Arrearages: | $383.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**