Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−16905−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Portia D. Davis
    557 Royden St.
    Camden, NJ 08103

Social Security No.:
    xxx−xx−5293

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/9/24 at 10:00 AM

to consider and act upon the following:

*87* − Certification in Opposition to Opposition to Certification of Default (related document:86 Creditor's Certification of Default (related document:56 Consent Order filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust) filed by Jason Brett Schwartz on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust. Objection deadline is 03/21/2024. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust) filed by Thomas G. Egner on behalf of Portia D. Davis. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

Dated: 3/13/24

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court