# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

-------------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 13 |
| | : |
| **Portia D. Davis,** | : Case No. 19-16905 |
| | : |
| **Debtors** | : |

-------------------------------------------------------------X

## WITHDRAWAL OF DOCUMENT NO. 87 DEBTOR'S OPPOSITION TO CREDITOR'S CERTIFICATION OF DEFAULT FILED ON MARCH 12, 2024

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Portia Davis,** hereby withdraw document no. **87**, Debtor's Opposition To Creditor's Certification Of Default filed **3/12/2024** in the above referenced matter.

McDowell Law, PC

Dated: April 10, 2024

*By:/s/***Thomas G. Egner**
**Thomas G. Egner,** Esq.
Attorney for the Debtor(s)