# *Office of the Chapter 13 Standing Trustee*

## *Andrew B. Finberg, Chapter 13 Standing Trustee*

*Joni L. Gray, Counsel*                                                                                         *Lu'Shell K. Alexander\**
*Jennifer R. Gorchow, Staff Attorney*                                                                 *Jennie P. Archer\**
*William H. Clunn, III, Staff Attorney*                                                                *Kelleen E. Stanley\**
                                                                                                                             *Kimberly A. Talley\**
                                                                                                                      *\*Certified Bankruptcy Assistant*

June 26, 2024

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
       Debtor(s) Name:         Portia D. Davis
       Case No:                19-16905   ABA
       Hearing Date:           Hearing date, if applicable

Dear Judge Altenburg:

   Please accept this letter as a response to Debtor(s)' Motion/Application filed on June 19, 2024 for the above-captioned matter.

   The proposed form of order filed with the Motion/Application, fails to indicate if the allowance is payable through the Chapter 13 Plan as an administrative priority or if the allowance is paid outside the plan. Additionally, the Stipulation dated June 21, 2024 adjusting Trustee payments incorporates this supplemental fee. However, the proposed Order is proposing to reduce debtor Trustee payments going forward. Therefore, the Trustee respectfully requests that the proposed form of order be amended to provide treatment of the allowance and to remove the proposed modified payment amount going forward.

   **Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

   As always, the Court is welcome to contact the Trustee with any concerns.

   Respectfully submitted,

   *OFFICE OF THE CHAPTER 13*
   *STANDING TRUSTEE*

   */s/ Andrew B. Finberg*

   **Andrew B. Finberg,**
   Chapter 13 Standing Trustee

ABF:lka

c:    Thomas G. Egner, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
      Portia D. Davis   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center                                                                               **Payments Only:**
535 Route 38
Suite 580                                                                                                                    **P.O. Box 1978**
Cherry Hill, NJ 08002                                                                                          **Memphis, TN 38101-1978**
(856) 663-5002