**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

-------------------------------------------------------------X
| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **Portia Davis,** | : | Case No. 19-16905 |
| | : | |
| | : | |
| | : | |
| **Debtors** | : | |

-------------------------------------------------------------X

## WITHDRAWAL OF DOCUMENT NO. 109 DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FILED ON AUGUST 28, 2024

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Portia Davis,** hereby withdraw document no. **109**, Debtor's Opposition To Motion For Relief filed **8/28/2024** in the above referenced matter.

McDowell Law, PC

Dated: September 17, 2024        *By:/s/***Thomas G. Egner**
                                  **Thomas G. Egner,** Esq.
                                  Attorney for the Debtor(s)