| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GARY C. ZEITZ, L.L.C.**<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*PRO CAP 8 FBO FIRSTRUST BANK* | Order Filed on September 17, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PORTIA D. DAVIS | Case No.: 19-16905/ABA<br><br>Chapter: Thirteen<br><br>Hearing Date: September 17, 2024 at 10:00 am<br><br>Judge: Andrew B. Altenburg, Jr. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 17, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 19-16905-ABA    Doc 111    Filed 09/17/24    Entered 09/17/24 13:47:34    Desc Main
Document      Page 2 of 2

Upon the motion of Pro Cap 8 FBO Firstrust Bank, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for good cause shown.

**IT IS ORDERED** as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is **ANNULLED**, *nunc pro tunc* to April 4, 2019 to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **803 Princeton Ave, Camden, New Jersey, Block 354, Lot 3.**

2. The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.