| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GARY C. ZEITZ, L.L.C.**<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>PRO CAP 8 FBO FIRSTRUST BANK | Order Filed on September 17, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PORTIA D. DAVIS | Case No.: 19-16905/ABA<br><br>Chapter: Thirteen<br><br>Hearing Date: September 17, 2024 at 10:00 am<br><br>Judge: Andrew B. Altenburg, Jr. |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: September 17, 2024

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Pro Cap 8 FBO Firstrust Bank, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for good cause shown.

**IT IS ORDERED** as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is **ANNULLED**, *nunc pro tunc* to April 4, 2019 to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **803 Princeton Ave, Camden, New Jersey, Block 354, Lot 3.**

2. The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 19-16905-ABA
Portia D. Davis                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2
Date Rcvd: Sep 17, 2024        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Portia D. Davis, 557 Royden St., Camden, NJ 08103-1345 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| David Coats | on behalf of Creditor U.S. Bank Trust National Association as Igloo Series IV Trust. dcoats@ghidottiberger.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust hkaplan@rasnj.com, kimwilson@raslg.com |

District/off: 0312-1                          User: admin                          Page 2 of 2
Date Rcvd: Sep 17, 2024                  Form ID: pdf903                  Total Noticed: 1

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing LLC bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust mlicker@hinshawlaw.com

Robin I. London-Zeitz
    on behalf of Creditor Pro Cap 8 FBO Firstrust Bank rzeitz@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;lfossi@zeitzlawfirm.com

Thomas G. Egner
    on behalf of Debtor Portia D. Davis tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14