UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DUANE MORRIS, LLP
By: Brett L. Messinger Atty. ID: 035631991
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1508
Attorneys for Creditor: TD Bank, N.A.

| In Re:<br><br>Portia D. Davis | Case No.: 19-16905-ABA<br><br>Chapter 13<br><br>Judge: Andrew B. Altenburg Jr. |
| --- | --- |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned

enters an appearance in this case on behalf of TD Bank, N.A.  Request is made that the

documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:        Duane Morris LLP
                Attn: Brett L. Messinger
                30 S. 17th Street
                Philadelphia, PA 19103

DOCUMENTS:

☒        All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒        All documents and pleadings of any nature.

Date: June 26, 2026                        /s/ Brett L. Messinger
                                           Brett L. Messinger

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DUANE MORRIS, LLP
By: Brett L. Messinger Atty. ID: 035631991
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1508
Attorneys for Creditor: TD Bank, N.A.

| In Re:<br><br>Portia D. Davis | Case No.: 19-16905-ABA<br><br>Chapter 13<br><br>Judge: Andrew B. Altenburg Jr. |
|---|---|

## CERTIFICATION OF SERVICE

1.     I, Brett L. Messinger:

☒  represent TD Bank, N.A. in this matter.

☒  am the secretary/paralegal for Brett L. Messinger, who represents TD Bank, N.A. in this matter.

☐  am the _____ in this case and am representing myself.

2.     On June 26, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Appearance on behalf of TD Bank, NA

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 26, 2026

/s/ Brett L. Messinger
Brett L. Messinger

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Portia D. Davis<br>557 Royden St.<br>Camden, NJ 08103 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other (   ) |
| Thomas G. Egner<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |