**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Portia D. Davis<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5293 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 19–16905–ABA | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Portia D. Davis

9/8/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:
Portia D. Davis
Debtor

Case No. 19-16905-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 4
Date Rcvd: Sep 08, 2026 | Form ID: 3180W | Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Portia D. Davis, 557 Royden St., Camden, NJ 08103-1345 |
| cr | + | Fay Servicing, LLC, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | TD Bank, N.A., 30 South 17th Street, Philadelphia, PA 19103-4001 |
| 518164171 | + | American Water, 1025 Laurel Oak Rd., Voorhees, NJ 08043-3506 |
| 518164175 | + | City of Camden, Tax Office, PO Box 95120, Camden, NJ 08101-5120 |
| 518708613 | + | Denise Carlon, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518164188 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2026 23:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2026 23:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Sep 08 2026 23:00:46 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 08 2026 23:03:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518164172 | ^ | MEBN | Sep 08 2026 22:59:41 | Camden County MUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518164173 | + | EDI: CAPITALONE.COM | Sep 09 2026 02:47:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518164174 | + | EDI: CAPONEAUTO.COM | Sep 09 2026 02:47:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518173574 | + | EDI: AISACG.COM | Sep 09 2026 02:47:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518178813 | + | EDI: AISACG.COM | Sep 09 2026 02:47:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518245160 | + | EDI: AIS.COM | Sep 09 2026 02:47:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518574359 | + | Email/Text: law@ci.camden.nj.us | Sep 08 2026 23:04:00 | City of Camden, Water & Sewer, 520 Market Street - Suite 419, Camden, NJ 08102-1300 |

| | | | | |
|---|---|---|---|---|
| 518164176 | | EDI: WFNNB.COM | Sep 09 2026 02:47:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518164177 | + | Email/Text: bankruptcy@credencerm.com | Sep 08 2026 23:05:00 | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518164178 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2026 23:05:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518164179 | | Email/Text: bankruptcycourts@equifax.com | Sep 08 2026 23:04:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 518164181 | ^ | MEBN | Sep 08 2026 23:00:01 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518164182 | | Email/Text: ECF@fayservicing.com | Sep 08 2026 23:04:00 | Fay Servicing, LLC, Bankruptcy Dept., 3000 Kellway Drive, Suite 150, Carrollton, TX 75006 |
| 518447246 | | Email/Text: ECF@fayservicing.com | Sep 08 2026 23:04:00 | Wilmington Savings Fund Society, Trustee for Hilldale Trust, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381 |
| 518164183 | ^ | MEBN | Sep 08 2026 23:00:50 | Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518164184 | | Email/Text: bankruptcy@glsllc.com | Sep 08 2026 23:03:00 | Global Lending Service, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 518251823 | | Email/Text: bankruptcy@glsllc.com | Sep 08 2026 23:03:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518164185 | + | EDI: LCIICSYSTEM | Sep 09 2026 02:47:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 518164186 | + | EDI: IRS.COM | Sep 09 2026 02:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518290784 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2026 23:05:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518164187 | ^ | MEBN | Sep 08 2026 23:00:41 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518164189 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 08 2026 23:03:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518164190 | ^ | MEBN | Sep 08 2026 23:00:04 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519075258 | ^ | MEBN | Sep 08 2026 23:00:15 | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |
| 519075259 | ^ | MEBN | Sep 08 2026 23:00:16 | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501, U.S. Bank Trust National Association, as 95501-0305 |
| 518281568 | + | EDI: AIS.COM | Sep 09 2026 02:47:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518164191 | + | EDI: VERIZONCOMB.COM | Sep 09 2026 02:47:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518164180 | ##+ | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Brett L. Messinger | on behalf of Creditor TD Bank N.A. BLmessinger@duanemorris.com, cmariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com |
| Charles G. Wohlrab | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| David Coats | on behalf of Creditor U.S. Bank Trust National Association as Igloo Series IV Trust. dacoats@raslg.com |
| Gary C. Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;akwon@zeitzlawfirm.com |
| Harold N. Kaplan | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Melissa N. Licker | |

| | |
|---|---|
| | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust mlicker@hinshawlaw.com |
| Robin I. London-Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank rzeitz@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;akwon@zeitzlawfirm.com |
| Thomas G. Egner | on behalf of Debtor Portia D. Davis tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17